**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Francisco Javier LEON–ZAVALA,**
**aka Lorenzo Torres–Gastelum,**
**Defendant—Appellant.**

No. 02–10585.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 20, 2003.

Lisa Jennis Settel, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff-Appellee.

Francisco Javier Leon–Zavala, Reg. # 48353–008, pro se, Terminal Island, CA, and Nancy L. Hinchcliffe, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: WARDLAW, BERZON and CLIFTON, Circuit Judges.

MEMORANDUM **

Francisco Javier Leon–Zavala appeals his guilty-plea conviction and 30–month

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

sentence for being an illegal alien found in the United States after having been deported subsequent to a prior aggravated felony conviction, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Leon–Zavala's counsel has filed a brief stating that she finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver in the plea agreement, the appeal is **DISMISSED**.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.